JOSEPH E. MALONEY
1155 High Street
Auburn, California 95603
Tele: (530) 885-7787

STEVEN W. MYHRE
Acting United States Attorney
PAUL S. PADDA
Assistant United States Attorney
United States Attorney's Office for the District of Nevada
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACEY R. PERRON,            )
                             )
            Plaintiff,       )
                             )
     v.                      ) Case No. 2:06-CV-02429-MCE-(GGH)
                             )
SECRETARY, DEPARTMENT        )
OF HEALTH AND HUMAN          )
SERVICES,                    )
                             )
            Defendant.       )

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-144, the parties respectfully request that the Court approve the parties' stipulation to provide Defendant with an extension of time, to and until April 16, 2007, within which to respond to Plaintiff's "Request For Production Of Documents Set One Numbered 1 through 25." This is the second request for an enlargement of time for the purpose set forth herein; Defendant having previously requested until March 30, 2007 within which time to respond to Plaintiff's discovery

. . .

. . .

requests. In support of this approval request, the parties rely upon the memorandum of points and authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) provides: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .." Additionally, the Court's Local Rule 6-144 permits extension of deadlines, subject to Court approval, based upon stipulation between the parties. In this case, the parties' request for additional time is warranted for the reasons set forth below.

Defendant was served with Plaintiff's first request for production of documents on February 12, 2007. Upon receipt of Plaintiff's discovery requests, undersigned counsel immediately forwarded a copy to agency counsel to commence gathering documents responsive to Plaintiff's request. Agency counsel, however, contacted undersigned counsel and indicated that additional time would be needed to gather the necessary documents and respond to Plaintiff's request. At the present time, the agency is continuing to gather documents to respond to Plaintiff's request. However, Defendant will not be able to meet the current deadline for responding to Plaintiff's requests for production of documents.[1] Undersigned counsel for Plaintiff and Defendant have discussed this request and related matters and are in agreement that an extension of time, to and until April 16, 2007, will provide sufficient time for Defendant to respond to Plaintiff's requests.

. . .

---

[1] Additionally, the Defendant anticipates filing a motion for a protective order in response to some of Plaintiff's document requests.

## CONCLUSION

For the reasons set forth above, the parties respectfully requests that the Court approve this stipulation for an extension, to an until April 16, 2007, for Defendant to respond to Plaintiff's request for production of documents.

|  |  |
|---|---|
| /s/ *Joseph E. Maloney* | Respectfully submitted, |
| _____ | STEVEN W. MYHRE |
| JOSEPH E. MALONEY, Esq. | Acting United States Attorney |
| 1155 High Street | |
| Auburn, California 95603 | */s/ Paul S. Padda* |
| Tele: (530) 885-7787 | _____ |
| Email: joseph.maloney@jmaloneylaw.com | PAUL S. PADDA |
|  | Assistant United States Attorney |
| Attorney for the Plaintiff | 333 Las Vegas Blvd. South, #5000 |
|  | Las Vegas, Nevada 89101 |
| Dated: March 29, 2007 | Tele: (702) 388-6521 |
|  | Email: paul.padda@usdoj.gov |
|  | |
|  | *Of Counsel*: |
|  | REYNOLDS WILSON |
|  | SUSIE M. KING |
|  | Office of the Inspector General, |
|  | Dept. of Health & Human Services |
|  | Washington, D.C. |
|  | |
|  | Attorneys for the Defendant |
|  | |
|  | Dated: March 29, 2007 |

### "IT IS SO ORDERED"

**Dated: 4/3/07**       /s/ Gregory G. Hollows
_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

perron.ord