IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACEY R. PERRON,

    Plaintiff,                          CIV. NO. S- 06-2429 MCE GGH

    vs.

SECRETARY, DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendants.                      ORDER
_____/

Defendant's motion to continue the July 26, 2007 discovery hearing presently is before the court. Defendant seeks to postpone the discovery motion pending an August 31, 2007 hearing on its summary judgment motion. Having reviewed the record, the court has determined that a continuance is not warranted in light of the approaching discovery cutoff of November 14, 2007.

Accordingly, IT IS ORDERED that:

1. Defendant's July 19, 2007 motion to continue the July 26, 2007 hearing is denied.

2. Mr. Wilson, agency counsel for defendant, may appear by telephone.

DATED: 7/23/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Perron2429.hrg.wpd

1