STEVEN W. MYHRE
Acting United States Attorney
PAUL S. PADDA
Assistant United States Attorney
United States Attorney's Office for the District of Nevada
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
<u>Attorneys for the Defendant</u>

JOSEPH E. MALONEY
1155 High Street
Auburn, California 95603
Tele: (530) 885-7787
<u>Attorney for the Plaintiff</u>

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY R. PERRON,** | ) |
|      **Plaintiff,** | ) |
| v. | ) Case No. 2:06-CV-02429-MCE-(GGH) |
| **SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) |
|      **Defendant.** | ) |

### STIPULATION TO EXTEND HEARING DATE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 83-143, the parties respectfully request that the Court approve this stipulation to extend the hearing date for consideration of Defendant's motion to dismiss or, in the alternative, for summary judgment. At present, the hearing on the above-referenced dispositive motion is scheduled for August 31, 2007. However, should the Court approve this stipulation by affixing its endorsement below, the

1 | parties propose that the new hearing date for consideration of the above-referenced dispositive

2 | motion be extended to September 14, 2007 (9 a.m. in Courtroom 3).

3 |                                          Respectfully submitted,

4 | /s/ *Joseph E. Maloney*
  | _____            STEVEN W. MYHRE
5 | JOSEPH E. MALONEY, Esq.           Acting United States Attorney
  | 1155 High Street
6 | Auburn, California 95603          /s/ *Paul S. Padda*
  | Tele: (530) 885-7787              _____
7 | Email: joseph.maloney@jmaloneylaw.com   PAUL S. PADDA
  |                                   Assistant United States Attorney
8 | Attorney for the Plaintiff        333 Las Vegas Blvd. South, #5000
  |                                   Las Vegas, Nevada 89101
9 | Dated: August 28, 2007            Tele: (702) 388-6521
  |                                   Email: paul.padda@usdoj.gov

10 |                                  *Of Counsel*:
11 |                                  REYNOLDS WILSON
   |                                  SUSIE M. KING
12 |                                  Office of the Inspector General,
   |                                  Dept. of Health & Human Services
13 |                                  Washington, D.C.

14 |                                  Attorneys for the Defendant

15 |                                  Dated: August 28, 2007

16 |

17 |      **IT IS SO ORDERED.**

18 |
   |  Dated:  August 29, 2007
19 |
   |                                  _____
20 |                                  MORRISON C. ENGLAND, JR.
   |                                  UNITED STATES DISTRICT JUDGE
21 |