JOSEPH E. MALONEY, SBN 95458
Attorney at Law
1155 High Street
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Plaintiff

STEVEN W. MYHRE
Acting United States Attorney
for the District of Nevada

PAUL S. PADDA
Assistant United States Attorney and
Special Attorney to the U.S. Attorney General
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Fax: (702) 388-6787
Email: Paul.Padda@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY R. PERRON, ) | No. 2:06-cv-2429-MCE-GGH |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND ORDER** |
| ) SECRETARY, DEPARTMENT OF ) HEALTH AND HUMAN SERVICES, ) | |
| ) Defendant. ) ) | |

    Pursuant to this Court's Order filed October 3, 2007 (Docket No. 41) the parties stipulate as follows:

//

1.  Defendant will provide to counsel for plaintiff an unredacted copy of the Greer OIG report and the Kite OIG report (the latter subject to the limitations stated in this Court's Order at 4:5-6); and the information regarding Greer described in Request No. 18; and

2.  Counsel for plaintiff and plaintiff will not disseminate information found in these reports or provide these unredacted reports or documents contained therein or any part of them to anyone else other than an expert witness for the purposes of informing  such expert's opinion (and any such expert will not make any further disclosure) without further order of this Court.  This prohibition on dissemination of information and providing copies of the unredacted reports to others will not preclude plaintiff's counsel from asking questions of witnesses based on information learned in the redacted portions of the Greer OIG report, or impeaching a witness at deposition or trial with excerpts from the redacted portions of the reports.

Dated: December 5, 2007

/s/ Joseph E. Maloney
JOSEPH E. MALONEY
Attorney for Plaintiff

Dated: December 5, 2007

STEVEN W. MYHRE
Acting United States Attorney
/s/ Paul S. Padda

PAUL S. PADDA
Assistant United States Attorney and
Special Attorney to the U.S. Attorney General
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Fax: (702) 388-6787
Attorneys for the Defendant

**ORDER**

1  
2       IT IS SO ORDERED.  
3  
4    Dated: 12/6/07                    /s/ Gregory G. Hollows  
5                                      ———————————————————  
                                       GREGORY G. HOLLOWS  
                                       U.S. MAGISTRATE JUDGE  
6    perron.stip