GREGORY A. BROWER
United States Attorney
PAUL S. PADDA
Assistant United States Attorney
United States Attorney's Office for the District of Nevada
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada  89101
Tele: (702) 388-6336

JOSEPH E. MALONEY
1155 High Street
Auburn, California 95603
Tele: (530) 885-7787

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY R. PERRON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:06-CV-02429-MCE-(GGH) |
| **SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) |
| **Defendant.** | ) |

**STIPULATION TO EXTEND DISCOVERY
AND TIME FOR FILING DISPOSITIVE MOTIONS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-144, the parties respectfully request that the Court approve the parties' stipulation to (1) extend the discovery period in this case to and until May 30, 2008 and (2) extend the date for filing dispositive motions to and until July 18, 2008.  At present, discovery is scheduled to expire on April 11, 2008 and dispositive motions, if any, are due on May 30, 2008.

. . .

. . .

. . .

The parties rely upon the memorandum of points and authorities set forth below in support of their joint request for approval of this stipulation.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) provides: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .." Additionally, the Court's Local Rule 6-144 permits extension of deadlines, subject to Court approval, based upon stipulation between the parties. In this case, the parties' request for additional time is warranted for the reasons set forth below.

The parties are expected to attend a settlement conference in this matter on March 13, 2008. To that end, the parties have been busy preparing and filing statements with the Court setting forth their respective settlement positions. Because of the foregoing, and the possibility that this case may be amicably resolved, the parties have not engaged in extensive discovery. However, should settlement efforts prove unsuccessful, the parties believe that the additional time requested herein will allow sufficient opportunity to complete all necessary discovery in this employment discrimination case. Additionally, approval of this stipulation, beyond simply modifying the date for close of discovery as well as the time for filing dispositive motions, will not significantly impact any other dates established by this Court; including the trial date. Accordingly, the parties' respectfully request approval of this stipulation.

. . .

. . .

. . .

. . .

## CONCLUSION

For the reasons set forth above, the parties respectfully requests that the Court approve this stipulation seeking to (1) extend the discovery period to and until May 30, 2008 and (2) extend the time for filing dispositive motions, if any, to and until July 18, 2008.

|  |  |
|---|---|
| /s/ *Joseph E. Maloney* | Respectfully submitted, |
| _____ | GREGORY A. BROWER |
| JOSEPH E. MALONEY, Esq. | United States Attorney |
| 1155 High Street |  |
| Auburn, California 95603 | */s/ Paul S. Padda* |
| Tele: (530) 885-7787 | _____ |
| Email: joseph.maloney@jmaloneylaw.com | PAUL S. PADDA |
|  | Assistant United States Attorney |
| Attorney for the Plaintiff | 333 Las Vegas Blvd. South, #5000 |
|  | Las Vegas, Nevada 89101 |
| Dated: March 12, 2008 | Tele: (702) 388-6521 |
|  | Email: paul.padda@usdoj.gov |

*Of Counsel*:
REYNOLDS WILSON
SUSIE M. KING
Office of the Inspector General,
Dept. of Health & Human Services
Washington, D.C.

Attorneys for the Defendant

Dated: March 12, 2008

### "IT IS SO ORDERED"

Dated:  March 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3