1  GREGORY A. BROWER
   United States Attorney
2  BLAINE T. WELSH
   Chief, Civil Division
3  PAUL S. PADDA
   Assistant United States Attorney
4  United States Attorney's Office for the District of Nevada
   333 Las Vegas Blvd. South, Rm. 5000
5  Las Vegas, Nevada 89101
   Tele: (702) 388-6336
6  Attorneys for the Defendant

7  JOSEPH E. MALONEY
   1155 High Street
8  Auburn, California 95603
   Tele: (530) 885-7787
9  Attorney for the Plaintiff

10

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 **TRACEY R. PERRON,**                )
                                        )
15              **Plaintiff,**          )
                                        )
16       v.                             ) Case No. 2:06-CV-02429-MCE-(GGH)
                                        )
17 **SECRETARY, DEPARTMENT**            )
   **OF HEALTH AND HUMAN**              )
18 **SERVICES,**                        )
                                        )
19              **Defendant.**          )

20              **STIPULATION FOR PROTECTIVE ORDER**

21       Pursuant to this Court's order that was filed on October 3, 2007, the parties stipulate as

22 follows:

23       1.     Defendant will provide Plaintiff's counsel with Pamela Kite's personnel

24 evaluations for the year 2005, subject to the terms set forth below of this approved stipulated

25 protective order (which shall also apply to all previously disclosed performance evaluations

26 relating to Ms. Kite).

2. Neither counsel for Plaintiff or Defendant will disseminate information found in Ms. Kite's performance evaluations or provide copies to anyone other than an expert witness for the purposes of informing the expert's opinion (and any such expert will not make any further disclosure) without further order of this Court.[1] This prohibition on dissemination of information and providing copies of the performance evaluations will not preclude Plaintiff's counsel from asking questions of witnesses based on information learned from the produced documents or impeaching a witness at deposition or trial with excerpts of the evaluations.

/s/ *Joseph E. Maloney*
_____
JOSEPH E. MALONEY, Esq.
1155 High Street
Auburn, California 95603
Tele: (530) 885-7787
Email: joseph.maloney@jmaloneylaw.com

Attorney for the Plaintiff

Dated: March 24, 2008

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

*/s/ Paul S. Padda*
_____
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Email: paul.padda@usdoj.gov

*Of Counsel*:
REYNOLDS WILSON
SUSIE M. KING
Office of the Inspector General,
Dept. of Health & Human Services
Washington, D.C.

Attorneys for the Defendant

Dated: March 24, 2008

**"IT IS SO ORDERED"**
**Dated: 3/28/08**          **/s/ Gregory G. Hollows**
                    **UNITED STATES MAGISTRATE JUDGE**

perron.po

---

[1] Of course, counsel for Plaintiff may provide the subject documents to Plaintiff. However, the parties agree that Plaintiff is bound by the same restrictions that apply to counsel for the parties or any expert.