GREGORY A. BROWER
United States Attorney
PAUL S. PADDA
Assistant United States Attorney
United States Attorney's Office for the District of Nevada
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702)388-6336

JOSEPH E. MALONEY
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Tele: (530) 885-7787

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY R. PERRON,** | No. 2:06-CV-02429-MCE-(GGH) |
| **Plaintiff,** | |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS** |
| **SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | |
| **Defendant.** | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-144, the parties respectfully request that the Court approve the parties' stipulation to extend the date for filing dispositive motions to and until August 1, 2008.  The discovery period has expired and dispositive motions, if any, are presently due on July 18, 2008.  The parties rely upon the memorandum of points and authorities set forth below in support of their joint request for approval of this stipulation.

///

///

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule of Civil Procedure 6(b)(1) provides: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . ." Additionally, the Court's Local Rule 6-144 permits extension of deadlines, subject to Court approval, based upon stipulation between the parties. In this case, the parties' request for additional time is warranted for the reasons set forth below.

The parties were not able to complete discovery within the time-frame established by this Court's order dated March 13, 2008. Specifically, counsel for each party planned to depose several witnesses which required significant coordination and travel to Sacramento by Government counsel on multiple occasions. Additionally, some depositions were delayed by the availability of witnesses; some of whom no longer work for the Defendant. Thus, despite best efforts, the parties were not able to complete discovery within the previously established deadline. However, because the parties did not want to burden the Court with having to formally extend the discovery period, the parties, cooperating in good faith, dedicated themselves to expediting the completion of discovery as quickly as possible. Unfortunately, however, the time-period for filing dispositive motions has been significantly shortened due to the parties' agreement to extend the discovery period. Notwithstanding the foregoing, the parties can report that discovery is now complete and the parties are prepared to commence preparation of dispositive motions. Accordingly, in light of the foregoing, the parties respectfully request that the Court extend the time for filing dispositive motions to and until the following dates:

///

///

1. Dispositive motions shall be due on <u>August 1, 2008</u>;

2. Opposition to any dispositive motion shall be filed on <u>August 21, 2008</u>;

3. Reply briefs, if any, shall be filed on <u>August 29, 2008</u>; and

4. Hearing on any dispositive motions filed by either party shall be held on <u>September 5, 2008 at 9 a.m.</u> (or any other date that is convenient for the Court).

## **CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court approve this stipulation seeking to extend the time for filing dispositive motions. Approval of this stipulation will not effect the other dates established by the Court in previous orders regarding trial and pretrial filings.

| | |
|---|---|
| /s/ *Joseph E. Maloney* <br> _____ <br> JOSEPH E. MALONEY, Esq. <br> 660 Auburn Folsom Road, Suite 202-D <br> Auburn, California 95603 <br> Tele: (530) 885-7787 <br> Email: joseph.maloney@jmaloneylaw.com <br><br> Attorney for the Plaintiff <br><br> Dated: July 9, 2008 | Respectfully submitted, <br><br> GREGORY A. BROWER <br> United States Attorney <br><br> */s/ Paul S. Padda* <br> _____ <br> PAUL S. PADDA <br> Assistant United States Attorney <br> 333 Las Vegas Blvd. South, #5000 <br> Las Vegas, Nevada 89101 <br> Tele: (702) 388-6521 <br> Email: paul.padda@usdoj.gov <br><br> Attorneys for the Defendant <br><br> Dated: July 9, 2008 |

///

///

///

///

///

///

# ORDER

1. Dispositive motions shall be due on August 1, 2008;

2. Opposition to any dispositive motion shall be filed on August 21, 2008;

3. Reply briefs, if any, shall be filed on August 29, 2008; and

4. Hearing on any dispositive motions filed by either party shall be held on September 5, 2008 at 9:00 a.m.

5. The October 24, 2008 Final Pretrial Conference is VACATED and RESET for March 13, 2009 at 9:00 a.m. in Courtroom #7;

6. The Joint Final Pretrial Statement is to be filed by February 20, 2009;

7. The December 8, 2008 Jury Trial is VACATED and RESET for April 27, 2009 at 9:00 a.m. in Courtroom #7. The parties are directed to contact the Courtroom Deputy no sooner than April 20, 2009 to confirm for trial.

Dated: July 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE