```
 1  GREGORY A. BROWER
    United States Attorney
 2  PAUL S. PADDA
    Assistant United States Attorney
 3  United States Attorney's Office for the District of Nevada
    333 Las Vegas Blvd. South, Rm. 5000
 4  Las Vegas, Nevada  89101
    Tele: (702) 388-6336
 5  Attorneys for the Defendant

 6  JOSEPH E. MALONEY
    660 Auburn Folsom Road, Suite 202-D
 7  Auburn, California 95603
    Tele: (530) 885-7787
 8  Attorney for the Plaintiff
```

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY R. PERRON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-CV-02429-MCE-(GGH) |
| | ) |
| **SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR PARTIAL MODIFICATION
OF THE COURT'S RECENT SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-144, the parties respectfully request that the Court approve the parties' stipulation for partial modification of the Court's July 28, 2008 scheduling order establishing August 1, 2008 as the date for filing dispositive motions and August 21, 2008 as the date for filing responses to any such motion. The parties, relying upon the memorandum of points and authorities set forth below in support of this joint stipulation, respectfully request that the Court extend those dates by four (4) days.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) provides: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .." Additionally, the Court's Local Rule 6-144 permits extension of deadlines, subject to Court approval, based upon stipulation between the parties. In this case, the parties' request for additional time is warranted for the reasons set forth below.

This stipulation is entered into at the behest of Government counsel. Specifically, undersigned Government counsel, who transferred to the criminal division of the United States Attorney's Office in January of this year, has been exceedingly busy during the past four days with a criminal case that required his immediate and prompt attention. Indeed, the issue in that case was of an emergency nature that required undersigned counsel to devote significant time to the matter. As a result of the foregoing, undersigned counsel was not able to devote the time necessary to finalizing the motion for summary judgment that Defendant's counsel has been preparing to file in this case. However, a 4-day extension of the current filing date of August 1, 2008 should provide sufficient time to complete the Government's motion for summary judgment. In fairness to Plaintiff's counsel, the parties also respectfully request that the time for filing responsive pleadings be extended by 4 days as well; to and until August 25, 2008. The parties do not request an extension of the time for filing reply briefs, currently set at August 29, 2008 nor do they seek to alter the date set for a hearing in this matter – September 5, 2008. Accordingly, should the Court approve this stipulation, the approval will not effect the current hearing date or any other dates relating to trial. Government counsel apologizes for any inconvenience occasioned by this request.

# CONCLUSION

For the reasons set forth above, the parties respectfully request that the Court approve this stipulation seeking to extend the time for filing dispositive motions to and until <u>August 5, 2008</u>, and any responses thereto to and until <u>August 25, 2008</u>.  Approval of this stipulation will not effect, or otherwise alter, any other date established by the Court in its July 28, 2008 Order.

/s/ *Joseph E. Maloney*
_____
JOSEPH E. MALONEY, Esq.
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Tele: (530) 885-7787
Email: joseph.maloney@jmaloneylaw.com

Attorney for the Plaintiff

Dated: August 1, 2008

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

*/s/ Paul S. Padda*
_____
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Email: paul.padda@usdoj.gov

Attorneys for the Defendant

Dated: August 1, 2008

IT IS SO ORDERED.

Dispositive motions shall be filed on August 5, 2008 and any responses thereto shall be filed on August 25, 2008.  All other dates established in this Court's July 28, 2008 Order remain in full effect.

Dated:  August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE